# LAW OFFICE OF MAURICE J. VERRILLO, P.C.
ATTORNEYS AND COUNSELORS AT LAW

MAURICE J. VERRILLO, ESQ.
LUCY A. BRADO, ESQ.

MAGGIE C. MALOY, LEGAL ASSISTANT
SONYA E. VERRILLO, OFFICE MANAGER

Website:   www.verrillolaw.com

3300 Monroe Avenue, Suite 301
Rochester, NY 14618

Phone:   (585) 232-2640
Fax:     (585) 232-2647

E-mail:  office@verrillolaw.com

March 17, 2025

Hon. Colleen D. Holland
United States Magistrate Judge
100 State Street
Rochester, New York 14614

SENT VIA E-FILING

Re: United States v. Timothy Jackson Jr.
    Case No. 24-MJ-4013

Dear Judge Holland:

I am respectfully requesting a 45 day adjournment of our status conference set for March 19, 2025..

We have acquired access to the HTML file for Mr. Jackson's phone however there is a voluminous amount of materials that we are working through. We have also made some specific discovery requests of the Government in light of our review of the warrant affidavits. We are making progress however we need further time to continue our review of the discovery materials, involving multiple terabytes of data.

My client is very involved in his defense and wishes to fully participate in the review of this discovery. Further time is needed to complete our assessment of the case and for Mr. Jackson to make an informed decision as to whether to resolve this matter by plea or trial.

I have communicated with AUSA Marangola and I understand that he does not object to this request. I further consent to the exclusion of time associated with the adjournment for Speedy Trial purposes.

Thank you for your consideration. I look forward to Your Honor's reply.

Very truly yours,

/s/ Maurice   Verrillo

Maurice J. Verrillo
pc: Robert Marangola, AUSA via e-filing
    Mr. Timothy Jackson Jr. via regular mail